UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCEL ALBERT,<br><br>       Plaintiff,<br><br>-against-<br><br>EMBASSY OF SOUND AND MEDIA GmbH, ET AL,<br><br>       Defendants. | 21-CV-2729 (CM)<br><br>ORDER DIRECTING ORIGINAL SIGNATURE |

COLLEEN McMAHON, Chief United States District Judge:

  Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

  Plaintiff is directed to sign the declaration for signature page with his original signature and return it to the Court within thirty days of the date of this order. A copy of the declaration for signature page is attached to this order.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, the case shall be screened under 28 U.S.C. § 1915 in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: April 5, 2021
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge